IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-414-CR




TRANQUILINO GUTIERREZ,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT OF CALDWELL COUNTY,


NO. 20,838, HONORABLE EDWARD L. JARRET, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for solicitation of a child. Punishment was
assessed at confinement for one year and a $2,000 fine.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1991).



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed On Appellant's Motion

Filed: October 23, 1991

[Do Not Publish]








October 23, 1991






Ms. Catherine Clayton

McNeal, Garner & Lippe

138 W. San Antonio

San Marcos, Texas 78666


Honorable Charles R. Kimbrough

Criminal District Attorney

Caldwell County Courthouse

P. O. Box 869

Lockhart, Texas 78644


 Re: No. 3-91-414-CR--Tranquilino Gutierrez v.
The State of Texas (t/c no. 20,838)


Counsel:


You are hereby notified that appellant's motion to dismiss appeal in the above cause was this day
submitted and granted. The appeal is dismissed on appellant's motion.


A copy of this Court's opinion and judgment are enclosed in accordance with Rule 91, Texas
Rules of Appellate Procedure.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 SUSAN K. BAGE, CLERK



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Edward L. Jarrett, County Judge

 Ms. Nina Sells, County Clerk